## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA CERVANTES and GUADALUPE CERVANTES,     ) ) ) Plaintiffs,      ) ) v.            ) ) COUNTY OF MERCED, MERCED ) COUNTY SHERIFFS DEPARTMENT, ) MERCED COUNTY SHERIFF    ) DEPUTIES VERDERBER and A.  ) SAPIEN,          ) ) Defendants    ) _____) | 1:12-CV-0868 AWI MJS<br><br><br>**ORDER VACATING HEARING DATE OF JULY 9, 2012, AND TAKING MATTER UNDER SUBMISSION** |

In this action for damages, Defendants County of Merced, Merced County Sheriff's Department and individual deputies Verderber and A. Sapien (collectively, "Defendants") have moved to dismiss the complaint of plaintiffs Teresa and Guadalupe Cervantes ("Plaintiffs"). The matter was scheduled for oral argument to be held July 9, 2012. The Court has reviewed Defendants' motion. Opposition, which was due not later than June 29, 2012, was not filed as of that date and consequently the motion may not be opposed at oral argument. Local Rule 78-230(b). The court has determined that the motion is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 9, 2012, is VACATED, and no party shall appear at that time. As of July 9, 2012, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    July 3, 2012                                     

CHIEF UNITED STATES DISTRICT JUDGE