IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA CERVANTES and GUADALUPE CERVANTES,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF MERCED, MERCED COUNTY SHERIFFS DEPARTMENT, MERCED COUNTY SHERIFF DEPUTIES VERDERBER and A. SAPIEN,<br><br>    Defendants | 1:12-CV-0868 AWI MJS<br><br>ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT PURSUANT TO PARTIES' STIPULATION |

    In this action for damages, Defendants County of Merced, Merced County Sheriff's Department and individual deputies Verderber and A. Sapien (collectively, "Defendants") moved to dismiss the complaint of plaintiffs Teresa and Guadalupe Cervantes ("Plaintiffs") on May 31, 2012.  On July 5, 2012, during the pendency of the court's consideration of Defendants' motion to dismiss, the parties notified the court by letter communication of their agreement to allow filing of an amended complaint.

    Based on the parties' representations and based on the filing of a First Amended Complaint on July 6, 2012, the court hereby ORDERS that Defendants' motion to dismiss, Docket Number 5, is hereby DENIED as moot.

IT IS SO ORDERED.

Dated:  July 9, 2012

                                             CHIEF UNITED STATES DISTRICT JUDGE