**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **TERESA CERVANTES and GUADALUPE CERVANTES,** | 1:12-CV-0868 AWI MJS |
| **Plaintiffs**, | |
| v. | **ORDER DENYING DEFENDANTS' MOTION TO STRIKE AS MOOT** |
| **COUNTY OF MERCED, MERCED COUNTY SHERIFFS DEPARTMENT, MERCED COUNTY SHERIFF DEPUTIES VERDERBER and A. SAPIEN,** | Doc. # 6 |
| **Defendants** | |

In this action for damages, Defendants County of Merced, Merced County Sheriff's Department and individual deputies Verderber and A. Sapien (collectively, "Defendants") moved to dismiss the complaint of plaintiffs Teresa and Guadalupe Cervantes ("Plaintiffs") and/or to strike portions of the complaint on May 31, 2012.  On July 5, 2012, during the pendency of the court's consideration of Defendants' motion to dismiss and/or to strike, the parties notified the court by letter communication of their agreement to allow filing of an amended complaint.  The letter stipulated that the court's ruling on any pending motions is not necessary in light of the stipulation to amend.  On July 10, 2012, the court dismissed as moot Defendants' motion to dismiss (Doc. # 5), but inadvertently neglected to dismiss Defendants' motion to strike (Doc. # 6).  The court herewith corrects that oversight.

THEREFORE it is hereby ORDERED that Defendants' motion to strike filed May 31, 2012, is hereby DENIED as moot.

IT IS SO ORDERED.

Dated:   August 20, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2