James N. Fincher, S.B.N.  196837
Merced County Counsel
Roger S. Matzkind, S.B.N. 77331
2222 M Street, Room 309
Merced, CA  95340
Telephone:   (209) 385-7564
Facsimile:   (209) 726-1337

Attorneys for the County of Merced,
Deputies Verderber and Sapien

United States District Court

Eastern District of California

| | |
|---|---|
| Teresa Cervantes and Guadalupe Cervantes,<br><br>      Plaintiffs,<br><br>    v.<br><br>Merced County, Deputy David Verderber, Deputy Adrian Sapien, and Does 1 through 50, inclusive,<br><br>      Defendants. | Case No. 1:12-cv-00868-AWI-MJS<br><br>Stipulation and Order of Dismissal |

Having settled the case, it is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii).

Date: March 28, 2013          Curtis Legal Group

By:  /s/ Paul R. Scheele (as authorized 3/28/13)
      Paul R. Scheele
      Attorney for Plaintiffs

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

Date:  March 28, 2013                    James N. Fincher
                                        Merced County Counsel


                              By:  ___/s/ Roger S. Matzkind_____
                                        Roger S. Matzkind
                                        Chief Civil Litigator
                                        Attorney for Defendants


                              **Order**

       Pursuant to the above stipulation of dismissal filed pursuant to Federal

Rules of Civil Procedure, rule 41(a)(1)(A)(ii), this action is dismissed with

prejudice.



IT IS SO ORDERED.

Dated:   March 28, 2013          _____
                                        SENIOR  DISTRICT  JUDGE

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

2
Stipulation and Order of Dismissal
1:12-cv-00868