1 James N. Fincher, S.B.N. 196837
Merced County Counsel
2 Roger S. Matzkind, S.B.N.77331
2222 M Street, Room 309
3 Merced, CA  95340
4 Telephone:   (209) 385-7564
Facsimile:    (209) 726-1337
5
6 Attorneys for the County of Merced,
Deputies Verderber and Sapien
7

United States District Court

Eastern District of California

| | |
|---|---|
| Teresa Cervantes and Guadalupe Cervantes, | Case No. 1:12-cv-00868-AWI-MJS |
| Plaintiffs, | Stipulation and Order of Dismissal |
| v. | |
| Merced County, Deputy David Verderber, Deputy Adrian Sapien, and Does 1 through 50, inclusive, | |
| Defendants. | |

Having settled the case, it is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii).


Date: March 28, 2013            Curtis Legal Group



                                By: /s/ Paul R. Scheele (as authorized 3/28/13)
                                    Paul R. Scheele
                                    Attorney for Plaintiffs

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

1
Stipulation and Order of Dismissal
1:12-cv-00868

| | |
|---|---|
| Date: March 28, 2013 | James N. Fincher<br>Merced County Counsel |
| | By: /s/ Roger S. Matzkind<br>Roger S. Matzkind<br>Chief Civil Litigator<br>Attorney for Defendants |

### Order

Pursuant to the above stipulation of dismissal filed pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii), this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  March 28, 2013                              _____
                                                                          SENIOR  DISTRICT  JUDGE

Merced County Counsel
2222 M Street
Merced, CA 95340
(209) 385-7564

2
Stipulation and Order of Dismissal
1:12-cv-00868